FILED

DEC - 1 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

San Antonio Division Division

**SA25CA1637 OG**

Case No.

_____

*(to be filled in by the Clerk's Office)*

| | |
|---|---|
| **Weng Wengui** | |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*   ☒ Yes   ☐ No |
| -v- | |
| **GEO South Texas ICE Processing Center** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |


## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WENG WENGUI |
| Street Address | South Texas Detention Complex, 566 Veterans Dr |
| City and County | Frio County |
| State and Zip Code | TX 78061 |
| Telephone Number | +86 16605945768 (Translator / alternate contact for Plaintiff) |
| E-mail Address | wengwengui1978@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GEO South Texas Detention Complex |
| Job or Title *(if known)* | |
| Street Address | 566 Veterans Dr |
| City and County | Pearsall, Frio County |
| State and Zip Code | TX 78061 |
| Telephone Number | (210) 231-4505 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 2241;5 U.S.C. § 706(2)(C)
U.S. Constitution, Fifth Amendment; U.S. Constitution, Eighth Amendment; 28 U.S.C. § 1331; 28 U.S.C. § 2241; Bivens v. Six Unknown Named Agents (403 U.S. 388, 1971); 8 U.S.C. § 1225(b)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

        _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Claim 1 – Unlawful Detention

1. The plaintiff states that throughout his detention, no officer or agency has ever provided, referenced, or made known to him any lawful document or order authorizing his continued detention.

2. The plaintiff states that he has never received a removal order, and no removal order has ever been issued against him.

3. The plaintiff entered the United States on May 12, 2025, together with his minor son, Jinhong Weng.

4. The plaintiff completed and submitted Form I-589 on May 16, 2025.

5. On May 17, 2025, the plaintiff was detained by CBP and held for four days, and then continued to be detained at the South Texas Family Residential Center.

6. When the plaintiff was transferred out of the South Texas Family Residential Center on July 4, 2024, he was separated from his minor son and sent to GEO South Texas ICE Processing Center, where he has remained detained to the present date.

7. As of the filing of this complaint, the plaintiff has been detained for approximately 189 days.

8. During this period, the plaintiff states that no action has been taken on his case and he has not been informed of any progress, updates, or decisions. He believes he has been held for an unreasonably long time without explanation.

Claim 2 – Use of Chemical Agent and Resulting Injury

9. On July 4, 2025, staff at the South Texas Detention Complex used a chemical agent on the plaintiff.

10. The plaintiff was not told what substance was used.

11. Because he was in custody, the plaintiff had no ability to avoid or protect himself from the chemical exposure.

12. After the incident, the plaintiff experienced stress-related symptoms.

Claim 3 – 15 Days of Single-Cell Confinement

13. When the plaintiff was first transferred into the facility, he was placed in a single-person cell for approximately 15 days, despite having not violated any rules or regulations.

Claim 4 – Conditions of Confinement (Medical Neglect and Inadequate Living Conditions)

14. The plaintiff states that staff at the facility took away his blanket without explanation.

15. When the plaintiff later became ill, he was not provided any medical attention despite requesting care.

16. The plaintiff states that the food at the facility was consistently inadequate in both quantity and nutritional value.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The plaintiff respectfully requests that the Court grant the following relief:

1. Compensatory damages of $300 per day for economic loss and $500 per day for mental and emotional distress caused by his unlawful detention, beginning on July 4, 2024, and continuing until his release. As of the date of filing, 142 days have passed, and the total damages have already reached $113,600 (142 days × $500/day+142 days × $300/day).

2. Punitive damages for inhumane treatment, calculated at $155 per day for the 142 days of detention to date, and continuing at the same rate until the plaintiff is released.

3. An order requiring the defendant to preserve and produce all video surveillance footage, records, and reports related to the plaintiff's detention, including the chemical agent incident and the period of single-cell confinement.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/23/2025

Signature of Plaintiff        Weng Wengui

Printed Name of Plaintiff    Weng Wengui

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address