**FILED**

February 09, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| WENG WENGUI, A# 220 964 566, | § | |
| | § | |
| Plaintiff, | § | |
| | § | SA-25-CV-01637-OLG |
| v. | § | |
| | § | |
| GEO SOUTH TEXAS ICE PROCESSING | § | |
| CENTER, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Weng Wengui's civil rights Complaint filed pursuant to *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Weng Wengui's civil rights Complaint filed pursuant to *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's December 8, 2025 Order. *See* FED. R. CIV. P. 41(b).

**IT IS FURTHER ORDERED** that Plaintiff Weng Wengui's pending motion for "immediate preservation of evidence" is **DISMISSED WITHOUT PREJUDICE AS MOOT.**

**IT IS FINALLY ORDERED** that this case is **CLOSED.**

It is **SO ORDERED.**

**SIGNED** this ___ of February, 2026.

_____
ORLANDO L. GARCIA
United States District Judge